IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| BILL DAVIS TRUCKING, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 1:09CV00032 SWW |
| | * | |
| PACCAR, INC., ET AL., | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

Before the Court is plaintiff's motion for the admission *pro hac vice* of William A. Wooten, with the law firm of Jackson, Shields, Yeiser, and Holt, in Memphis, Tennessee, to appear as counsel of record in this case without designating local counsel pursuant to Local Rule 83.5(d). The motion [docket entry 2] is granted.

SO ORDERED this 17th day of July, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE