IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| BILL DAVIS TRUCKING, INC., | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. 1:09-CV-032SWW |
| | * | |
| PACCAR, INC, d/b/a | * | |
| Kenworth Truck Company | * | JURY DEMAND |
| d/b/a Arkansas Kenworth, Inc., | * | |
| and OZARK KENWORTH, | * | |
| INC. d/b/a MHC Kenworth- | * | |
| Kansas City, | * | |
| | * | |
| DEFENDANTS. | * | |

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff Bill Davis Trucking, Inc. and Defendant PACCAR, Inc (hereinafter the "Parties") hereby file this Joint Motion for the entry of a Protective Order in this cause. As grounds for this Motion, the Parties state that certain of the documents and information to be exchanged in discovery in this matter contain confidential and proprietary information. The Parties agree that the entry of a Protective Order governing the production and use of such confidential and proprietary information will facilitate discovery and protect the legitimate business interests of the Parties.

WHEREFORE, the Parties respectfully request the entry of the proposed Protective Order submitted contemporaneously herewith.

Respectfully submitted,


s/Taylor A. Cates
Taylor A. Cates
R. Porter Feild
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
(901) 524-5000

Attorney for PACCAR, Inc


s/Ronald Kim (w/permission)
Ronald Kim
William Wooten
RON KIM LAW, AN ASSOCIATION OF TRIAL
    ATTORNEYS
262 German Oak Drive
Memphis, Tennessee 38018
(901) 767-3520

Attorneys for Bill Davis Trucking, Inc.


### **CERTIFICATE OF SERVICE**

I hereby certify that I have forwarded a copy of the foregoing to Ronald W. Kim, Esq. and William Wooten, Esq., 262 German Oak Drive, Memphis, TN 38018, via electronic filing this 28th day of January, 2010.


s/Taylor A. Cates