IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

_____

**BILL DAVIS TRUCKING, INC.,**

    **Plaintiff,**

**VS.**　　　　　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 1:09-CV-032SWW**

**PACCAR, INC., d/b/a
Kenworth Truck Company
d/b/a Arkansas Kenworth, Inc.,
and OZARK KENWORTH,
INC. d/b/a MHC Kenworth-
Kansas City,**

    **Defendants.**
_____

**NOTICE OF SETTLEMENT**
_____

    Please take notice that the parties have reached a mutually acceptable resolution of the matter, and respectfully request that the case be dismissed with prejudice.

                                                      Respectfully submitted,

                                                      s/Taylor A. Cates
                                                      Taylor A. Cates
                                                      R. Porter Feild
                                                      BURCH, PORTER & JOHNSON, PLLC
                                                      130 North Court Avenue
                                                      Memphis, TN 38103
                                                      (901) 524-5000

                                                      Attorneys for PACCAR, Inc

                                                     s/Ronald Kim (w/permission)
                                                     Ronald Kim
                                                     William Wooten
                                                     RON KIM LAW, AN ASSOCIATION OF TRIAL
                                                                ATTORNEYS
                                                     262 German Oak Drive
                                                     Memphis, Tennessee 38018
                                                   (901) 767-3520

                                                   Attorneys for Bill Davis Trucking, Inc.


## **CERTIFICATE OF SERVICE**

      I hereby certify that I have forwarded a copy of the foregoing to Ronald W. Kim, Esq. and William Wooten, Esq., 262 German Oak Drive, Memphis, TN 38018, via electronic filing this 15th day of September, 2010.


                                                                s/Taylor A. Cates