## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

BILL DAVIS TRUCKING, INC.

v.                              NO. 1:09CV00032   SWW

PACCAR, INC., ET AL

### ORDER OF DISMISSAL

Upon the parties' notice of settlement filed September 15, 2010,

IT IS THEREFORE ORDERED that the above-entitled action hereby is dismissed with prejudice.

DATED this 16th day of September 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE